# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| Cody & Jami Wood,<br>    Plaintiffs<br><br>v.<br><br>Synchrony Bank,<br>    Defendant | Docket 3:18-cv-02193-MEM<br><br>(JUDGE MALACHY E. MANNION)<br><br><br><br>FILED ELECTRONICALLY |

## NOTICE OF VOLUNTARY DISMISSAL

Please dismiss this action with prejudice and without cost to either party.

s/ Brett Freeman

Brett Freeman: PA 308834
Sabatini Law Firm, LLC
216 N. Blakely Street
Dunmore, PA 18512
Attorney for Plaintiffs
Phone (570) 341-9000
Facsimile (570) 504-2769
Email: bfecf@bankruptcypa.com
