# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| Cody & Jami Wood, et al., Plaintiffs | Docket 3:18-cv-02193-MEM |
| | (JUDGE MALACHY E. MANNION) |
| v. | |
| Synchrony Bank, Defendant | FILED ELECTRONICALLY |

## ORDER

This action is hereby dismissed with prejudice and without cost to either party.

Date: 9/16/19

Malachy E. Mannion
United States District Judge